IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON MICHAEL WERTH,** | CIV S-06-2514 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondents are granted their extension of time in which to file their brief until January 19, 2007.

DATED: December 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wert2514.eot