IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON MICHAEL WERTH,

    Petitioner,      No. CIV S-06-2514 MCE DAD P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.      FINDINGS AND RECOMMENDATIONS

                                 /

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 17, 2007, respondents filed a motion to dismiss the petition as containing both exhausted and unexhausted claims. The motion was set for a hearing before the undersigned. Petitioner filed his opposition to the motion wherein he acknowledged that two of his five claims were unexhausted but argued that the proceedings should be stayed. On March 5, 2007, the court vacated the hearing on respondents' motion to dismiss and ordered petitioner to file and set for hearing, an appropriate motion for a stay and abeyance.[1] Petitioner has now informed the court that on June 13, 2007, the California Supreme

---

[1] Petitioner's motion for a stay and abeyance, filed on May 3, 2007, was not properly noticed for a hearing on the undersigned's law and motion calendar. Therefore, the June 29, 2007 hearing date referred to by counsel in the motion was vacated by the Clerk's Office.

1

1 Court denied his state habeas exhaustion petition without comment or citation.  Petitioner asserts
2 that all the claims set forth in his federal habeas petition before the court have now been
3 exhausted.
4      Accordingly, IT IS HEREBY RECOMMENDED that:
5      1. Respondents' motion to dismiss, filed on January 17, 2007, be denied as moot;
6      2. Petitioner's motion for stay and abeyance, filed on May 3, 2007, be denied as
7 moot; and
8      3. Respondents be ordered to file their response to petitioner's habeas petition as
9 set forth in the court's November 20, 2006 order.
10      These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
12 days after being served with these findings and recommendations, any party may file written
13 objections with the court and serve a copy on all parties.  Such a document should be captioned
14 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
15 shall be served and filed within ten days after service of the objections.  The parties are advised
16 that failure to file objections within the specified time may waive the right to appeal the District
17 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
18 DATED: June 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22 DAD:4
wert2514.157mtd