IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON MICHAEL WERTH,                          No. 2:06-cv-02514-MCE DAD P

        Petitioner,

    vs.                                                    ORDER

JAMES YATES, Warden, et al.,

        Respondents.

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 19, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1      1.   The findings and recommendations filed June 19, 2007, are adopted in full;

2      2.   Respondents' motion to dismiss, filed on January 17, 2007, is denied as moot;

3      3.   Petitioner's motion for stay and abeyance, filed on May 3, 2007, is denied as

4  moot; and

5      4.   Respondents are ordered to file their response to petitioner's habeas petition as

6  set forth in the court's November 20, 2006 order.

7   Dated:  August 1, 2007

8

9                                    _____
                                     MORRISON C. ENGLAND, JR.

10                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26