IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON MICHAEL WERTH,** | CIV S-06-2514 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to the Petition for Writ of Habeas Corpus be filed on or before October 4, 2007.

DATED: August 30, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wert2514.111ans