IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON MICHAEL WERTH,**<br><br>                                       Petitioner,<br><br>       v.<br><br>**JAMES YATES, Warden, et al.,**<br><br>                                       Respondents. | CIV S-06-2514 MCE DAD P<br><br>**ORDER** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before November 5, 2007.

DATED: October 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wert2514.111a