IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RON MICHAEL WERTH,** | CIV S-06-2514 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondents's responsive pleading be filed on or before December 5, 2007.

DATED: November 1, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wert2514.Reot3