IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON MICHAEL WERTH,

    Petitioner,               No. CIV S-06-2514 MCE DAD P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 18, 2007, petitioner filed his traverse in this action along with a request for an evidentiary hearing asking that the court schedule the matter for hearing. The request will be denied without prejudice. Petitioner will be required to file a motion that is properly noticed for hearing on the court's regularly scheduled civil law and motion calendar.

        According, IT IS HEREBY ORDERED that:

        1. Petitioner's December 18, 2007 request for an evidentiary hearing is denied without prejudice;

        2. Petitioner may file and serve a motion for an evidentiary hearing that is properly noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d); and

1

1    3.  The motion shall be noticed for hearing before the undersigned on a regularly
2 scheduled law and motion calendar.  Parties may appear at the hearing telephonically; to arrange
3 telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the
4 undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing.
5 DATED: December 20, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 DAD:4
wert2514.evid