IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON MICHAEL WERTH,

    Petitioner,                      No. CIV S-06-2514 MCE DAD P

    vs.

JAMES YATES, Warden,

    Respondent.                ORDER

_____/

        This matter came before the court on July 18, 2008, for petitioner's motion for an evidentiary hearing. Charles Bonneau appeared on behalf of petitioner Ron Michael Werth, and Carlos Martinez appeared on behalf of respondent Yates.

        Upon consideration of the parties' pleadings and oral arguments during the hearing, the court will deny the motion for an evidentiary hearing. However, the court will order that the record be expanded to include all evidentiary materials submitted as of this date in the habeas petition, answer, traverse, and other records lodged with the court. This order is intended to include petitioner's declaration setting forth the testimony he asserts would have been presented had he been called as a witness at his trial as well as the declaration of Billy Wolfington.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's June 3, 2008 motion for an evidentiary hearing is denied;

3  2. The record is expanded to include all materials submitted as of this date in the habeas petition, answer, traverse, and other records lodged with the court; and

5  3. Counsel for respondent is directed to submit to this court another copy of the petition for review to the California Supreme Court, which was lodged in this court on January 17, 2007 and marked as document number 3.[1]

DATED: July 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wert2514.oeh

---

[1] The copy of that petition previously lodged with this court by respondent is missing alternate pages.